# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVIN PALMISANO

NO. 2026 KW 0363

**JUNE 29, 2026**

---

In Re:  Davin Palmisano, applying for supervisory writs, 22nd
        Judicial District Court, Parish of St. Tammany, No.
        567199.

---

**BEFORE:  McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

**WRIT DENIED.** This writ appears to be a motion to amend or modify relator's sentence filed in this court in the first instance. Relator has not demonstrated that he sought relief in the district court before filing the motion with this court nor shown the extraordinary circumstances that would justify bypassing the district court.

**PMc**
**TPS**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT